Marc S. CASON, Sr., Plaintiff–
Appellant,

v.

MARYLAND DIVISION OF CORREC-
TION; Maryland House of Correction;
Emsa Correctional Medical Care Ser-
vices, Warden, MHC Annex (1997);
Chief of Security, MHC Annex (1997);
Unnamed        Correctional        Officers;

George E. Reede, Jr.,; Theresita Jackson, Warden MHC–X (1997); Chief of Security, MHC X (1997); Robert Weeks, CO II; Richard Thomas, CO II; Unnamed Correctional Personnel, Defendants–Appellees.

No. 03–6369.

United States Court of Appeals, Fourth Circuit.

Submitted May 15, 2003.

Decided May 27, 2003.

Marc S. Cason, Sr., Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Marc S. Cason appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cason v. Maryland Div. of Corr.*, No. CA–00–2115–CCB (D. Md. May 3, 2001 & Jan. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*